UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

Misc. Nos. 06-0175 & 06-176

| | |
|---|---|
| CATHERINE GAUJACQ | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case Pending in the U.S. District Court |
| v. | ) for the District of Columbia (JGP) |
| | ) |
| ELECTRICITE DE FRANCE | ) No. 1:05CV0969 (JGP) |
| INTERNATIONAL NORTH AMERICA, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, Catherine Gaujacq, having moved, by counsel, for an order quashing the subpoena to PNC Bank, and Defendants, Electricité de France, S.A., Electricité de France International North America, Inc., and Christian Nadal, by respective counsel, having opposed such motion to quash the subpoena to PNC Bank, and upon consideration of the papers and arguments in this case, it is hereby

ORDERED, that Plaintiff's motion is DENIED; and it is

FURTHER ORDERED, that the subpoena to PNC Bank is not quashed; and it is

FURTHER ORERED, that counsel for Plaintiff serve a copy of this Order on the recipient if the subpoena in the same manner as the original subpoena was served within 24 hours of this Order being entered.

SO ORDERED

United States District Judge